IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN A. MCCORD,** *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.12-00584-CG-B |
| | * | |
| **BALDWIN COUNTY, ALABAMA** | * | |
| | * | |
| Defendant. | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiffs' claims against Defendant Baldwin County, Alabama be **DISMISSED** with prejudice because the action is barred by the statute of limitations and res judicata.

**DONE** this 11th day of April, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE