IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN A. McCORD, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 12-0219-CG-M |
| ) | |
| BALDWIN COUNTY, ALABAMA ) | |
| ) | |
| Defendant. ) | |
| ) | |

# JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs' claims against Defendant Baldwin County, Alabama be **DISMISSED** with prejudice because the action is barred by the statute of limitations and res judicata.

**DONE** this 11th day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE